LOUIS SMITH, JR., v. JACOB FENSTERSTOCK and Another.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

PAULINE TYNBERG v. SYDNEY RIESER.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

RALPH W. POWERS v. EDWARD DE CESARE and Others.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

JOHN F. McCARTHY v. KREBS PIGMENT AND CHEMICAL COMPANY.— Application granted. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

DARTMOUTH MANUFACTURING CORPORATION v. EDWIN MAYER and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

HUYLER'S v. BROADWAY-JOHN STREET CORPORATION.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

HUYLER'S v. BROADWAY-JOHN STREET CORPORATION.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

PETER DOELGER v. THE BATTERY PARK NATIONAL BANK.— Motion denied, without costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WESSELL, NICKEL & GROSS v. CHARLES L. CRAIG, as Comptroller of the City of New York.— Motion granted. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

In the Matter of ANDREW P. MEEHAN v. HENRY D. SAYER, as Industrial Commissioner, etc.— Motion denied, without costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

GEORGE F. McCOY v. ERIE FORGE COMPANY, Impleaded, etc.— Motion granted and question certified. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

THE CHEMICAL NATIONAL BANK OF NEW YORK v. THE EQUITABLE TRUST COMPANY OF NEW YORK.— Motion granted. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

SIDNEY B. BOWMAN AUTOMOBILE COMPANY v. STRATHMORE LEASING Co., INC., Impleaded, etc.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

I. TANENBAUM SON & Co. v. ROTHENBERG & Co.— Motion granted and